UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-00515-FDW-DCK

| | |
|---|---|
| JUSTICE SMITH, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| DEA OFFICE OF PROFESSIONAL ) RESPONSIBILITY SOUTH CAROLINA, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* concerning the status of this case. On May 28, 2024, Plaintiff filed the Complaint and an application seeking to proceed without paying costs. (Doc. Nos. 1, 2.) On June 27, 2024, the Court denied Plaintiff's application indicating Plaintiff must submit an amended application or pay the filing fee no later than July 19, 2024. (Doc. No. 4.) Plaintiff was forewarned that failure to comply with the Order could result in dismissal of Plaintiff's claims without prejudice for failure to prosecute.

Plaintiff did not respond to the Court's order. Plaintiff has failed to remit payment and the time for doing so has long expired.

**IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is respectfully directed to **CLOSE THE CASE**.

**IT IS SO ORDERED.**       Signed: August 28, 2024

Frank D. Whitney
United States District Judge

1